**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE VERDUGO and LISA ANN VERDUGO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FCA US, LLC; PREMIER CHRYSLER DODGE JEEP RAM OF BUENA PARK; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 8:23-cv-00897-FMO-KES<br><br>District Judge: Fernando M. Olguin<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiffs STEVIE VERDUGO and LISA ANN VERDUGO ("Plaintiffs") accepted FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 September 7, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $118,268.64, pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: July 9, 2024　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　Hon. Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　U.S. District Judge

1

**JUDGMENT**