1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| LISA ANN VERDUGO and STEVIE VERDUGO, | Case No. 8:23-cv-00897-FMO-KES |
| Plaintiffs, | Hon. Fernando M. Olguin |
| vs. | **ORDER ON STIPULATION [35]** |
| FCA US, LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

17

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

18

Plaintiffs LISA ANN VERDUGO and STEVIE VERDUGO ("Plaintiffs") and Defendant FCA US, LLC have agreed FCA US, LLC. will pay $20,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $20,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs by May 5, 2025. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: February 7, 2025                    _/s/  Fernando M. Olguin_____
                                                    U.S. DISTRICT JUDGE